NICHOLAS M. WAJDA
Nevada State Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, Nevada 89052
Phone: (702) 900-6339
nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALONZO M. HUMPHREY, | Case No. 2:21-cv-00564-JAD-NJK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

### **NOTICE OF SETTLMENT**

PLEASE TAKE NOTICE ALONZO M. HUMPHREY ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a voluntary dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 12th day of August 2021.

1

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda
*Law Offices of Nicholas M. Wajda*
871 Coronado Center Drive, Ste. 200
Henderson, Nevada 89052
Phone: (702) 900-6339
Fax: (866) 286-8433
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda

2