NICHOLAS M. WAJDA
Nevada State Bar No. 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 900-6339
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

WING YAN WONG
Nevada Bar No. 13622
Gordon Rees Scully Mansukhani, LLP
300 So 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9310
Email: wwong@grsm.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVEDA

| | |
|---|---|
| ALONZO M. HUMPHREY, | Case No. 2:21-cv-00564-JAD-NJK |
| Plaintiff, | **AGREED STIPULATION OF DISMISSAL** |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ALONZO M. HUMPHREY, and the Defendant, I.Q. DATA INTERNATIONAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against I.Q. DATA INTERNATIONAL, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

1

Respectfully submitted this 1st day of October 2021.

**ALONZO M. HUMPHREY**                           **I.Q. DATA INTERNATIONAL, INC.**

*/s/ Nicholas M. Wajda*                          */s/ Wing Yan Wong (with consent)*
Nicholas M. Wajda                                Wing Yan Wong
Law Offices of Nicholas M. Wajda, Esq.           Gordon Rees Scully Mansukhani, LLP
871 Coronado Center Drive, Suite 200             300 So 4th Street, Suite 1550
Henderson, Nevada 89052                          Las Vegas, Nevada 89101
Phone: (702) 900-6339                            Phone: (702) 577-9300
nick@wajdalawgroup.com                           Fax: (702) 255-2858
*Counsel for Plaintiff*                          wwong@grsm.com
                                                 *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda

2