NICHOLAS M. WAJDA
Nevada State Bar No. 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 900-6339
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

WING YAN WONG
Nevada Bar No. 13622
Gordon Rees Scully Mansukhani, LLP
300 So 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9310
Email: wwong@grsm.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVEDA**

| | |
|---|---|
| ALONZO M. HUMPHREY, | Case No. 2:21-cv-00564-JAD-NJK |
| Plaintiff, | |
| v. | **Stipulation and Order Dismissing Case** |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | ECF No. 16 |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ALONZO M. HUMPHREY, and the Defendant, I.Q. DATA INTERNATIONAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against I.Q. DATA INTERNATIONAL, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 1st day of October 2021.

| **ALONZO M. HUMPHREY** | **I.Q. DATA INTERNATIONAL, INC.** |
|---|---|
| */s/ Nicholas M. Wajda* | */s/ Wing Yan Wong (with consent)* |
| Nicholas M. Wajda | Wing Yan Wong |
| Law Offices of Nicholas M. Wajda, Esq. | Gordon Rees Scully Mansukhani, LLP |
| 871 Coronado Center Drive, Suite 200 | 300 So 4th Street, Suite 1550 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89101 |
| Phone: (702) 900-6339 | Phone: (702) 577-9300 |
| nick@wajdalawgroup.com | Fax: (702) 255-2858 |
| *Counsel for Plaintiff* | wwong@grsm.com |
| | *Counsel for Defendant* |

### ORDER

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 4, 2021